JOHN C. BROWN (State Bar # 195804)
REDENBACHER & BROWN, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com
Attorneys for Plaintiff, j2 GLOBAL COMMUNICATIONS, INC.

DAVID R. OWENS—CA State Bar No. 180829
Email: dowens@owenstarabichi.com
BRUNO TARABICHI—CA State Bar No. 215129
Email: btarabichi@owenstarabichi.com
OWENS TARABICHI LLP
111 W. Saint John St., Suite 588
San Jose, California 95113
Telephone: (408) 298-8200
Facsimile: (408) 521-2203
Attorneys for Defendant, SAVETZ PUBLISHING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAVETZ PUBLISHING, INC.,<br><br>             Defendant. | Civil Action No.:  C 08-04469 EDL<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE-SETTING OF DUE DATES UNDER THE PATENT LOCAL RULES; [~~PROPOSED~~] ORDER** |

COME NOW plaintiff j2 Global Communications, Inc. ("j2") and defendant Savetz Publishing, Inc. ("Savetz"), by and through their respective undersigned attorneys, and hereby jointly stipulate and request that the Case Management Conference in this action be continued and that certain due dates under Northern District Patent Local Rules be re-set.  This Stipulation is based upon the following stipulated facts.

1

1. j2 filed this action on September 24, 2009. On December 17, 2008, the parties entered into a stipulation by which they agreed to mediate their disputes.

2. On December 30, 2008, the Court ordered the parties to mediate their disputes, based on their stipulation to mediate, within 90 days, i.e., by no later than March 30, 2009. (Document #20)

3. This action was transferred to the calendar of the Hon. Elizabeth D. Laporte, based on the parties' agreement to have this matter heard by a magistrate judge.

4. On February 3, 2009, the parties stipulated that j2 be permitted to file its First Amended Complaint, and that, as a condition to such filing, the Patent Local Rules be modified as follows:

> j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 are due 60 days after the date of filing of the First Amended Complaint, and Savetz's Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 for both patents at issue are due 105 days after the date of filing of the First Amended Complaint. The remainder of the due dates in the Patent Local Rules will be determined based upon the date of service of Savetz's Invalidity Contentions.

(Document #28)

5. On February 4, 2009, the Court entered its Order conforming with the parties' stipulated condition regarding due dates under the Patent Local Rules. (Document #29) Based on this Order, j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 is due on April 6, 2009.

6. On March 2, 2009, the Court set an April 7, 2009 Case Management Conference before Magistrate Judge Laporte. (Document #33)

7. On March 27, 2009, the parties mediated this matter. Based on this mediation, the parties believe it is likely that they will be able to resolve their disputes within 30 days. For this reason, the parties agree that the Case Management Conference should be continued, and that the due dates for the Patent Local Rule obligations established by the Court pursuant to its February 3,

2

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE-SETTING OF
DUE DATES UNDER THE PATENT LOCAL RULES; [PROPOSED] ORDER; C 08-04469 EDL

2009 Order should be re-set, and that doing so would serve the interests of judicial economy and efficiency.

WHEREFORE, based on such agreement, the parties hereby request that the Case Management Conference, currently set for April 7, 2009 be continued for at least 30 days; and, further, the parties hereby request that the Patent Local Rule obligations established by the Court's February 3, 2009 Order be re-set such that j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 are due by May 6, 2009, and Savetz's Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 for both patents at issue are due by June 19, 2009, and that the remainder of the due dates in the Patent Local Rules will be determined based upon the date of service of Savetz's Invalidity Contentions.

IT IS SO STIPULATED.

Dated:  March 30, 2009                REDENBACHER & BROWN, LLP

By: \s\
JOHN C. BROWN
Attorneys for Plaintiff/Counterclaim-Defendant
j2 GLOBAL COMMUNICATIONS, INC.

Dated:  March 30, 2009                OWENS TARABICHI LLP

By: \s\
DAVID OWENS
Attorneys for Defendant/Counterclaimant
SAVETZ PUBLISHING, INC.

3

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE-SETTING OF DUE DATES UNDER THE PATENT LOCAL RULES; [PROPOSED] ORDER; C 08-04469 EDL

**ORDER**

The Court, having considered the Stipulation Requesting Continuance of Case Management Conference and Re-setting of Due Dates Under the Patent Local Rules filed by the parties, and, good cause being shown, finds that the Request shall be GRANTED.

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference be continued from April 7, 2009 to May 12, 2009 at 10:00am; and, further, that the Patent Local Rule obligations established by the Court's February 3, 2009 Order be re-set such that j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 are due by May 6, 2009, and Savetz's Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 for both patents at issue are due June 19, 2009, and that the remainder of the due dates in the Patent Local Rules will be determined based upon the date of service of Savetz's Invalidity Contentions.

Dated: March 31, 2009



Honorable Elizabeth D. Laporte

4

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE-SETTING OF DUE DATES UNDER THE PATENT LOCAL RULES; [PROPOSED] ORDER; C 08-04469 EDL