JOHN C. BROWN (State Bar # 195804)
REDENBACHER & BROWN, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone:  (415) 409-8600
Facsimile:  (415) 520-0141
Email:  jbrown@redbrownlaw.com
Attorneys for Plaintiff, j2 GLOBAL COMMUNICATIONS, INC.

DAVID R. OWENS—CA State Bar No. 180829
Email: dowens@owenstarabichi.com
BRUNO TARABICHI—CA State Bar No. 215129
Email: btarabichi@owenstarabichi.com
OWENS TARABICHI LLP
111 W. Saint John St., Suite 588
San Jose, California 95113
Telephone: (408) 298-8200
Facsimile: (408) 521-2203
Attorneys for Defendant, SAVETZ PUBLISHING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAVETZ PUBLISHING, INC.,<br><br>Defendant. | Civil Action No.:  C 08-04469 EDL<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE-SETTING OF DUE DATES UNDER THE PATENT LOCAL RULES; [~~PROPOSED~~] ORDER** |

COME NOW plaintiff j2 Global Communications, Inc. ("j2") and defendant Savetz

Publishing, Inc. ("Savetz"), by and through their respective undersigned attorneys, and hereby

jointly stipulate and request that the Case Management Conference in this action, currently set for

hearing on May 12, 2009, be continued and that certain due dates under Northern District Patent

Local Rules be re-set.  This Stipulation is based upon the following stipulated facts:

1

1.      j2 filed this action on September 24, 2009.

2.      On March 27, 2009, the parties mediated this matter.

3.      Based on a tentative settlement achieved in that mediation, the parties requested a continuance of the Case Management Conference, which was at the time set for April 7, 2009. The parties also requested that the due dates for the Patent Local Rule obligations be re-set.  On March 31, 2009, the Court entered its Order granting these requests, and it continued the Case Management Conference in this action to May 12, 2009.  The Court also ordered that the parties' Patent Local Rule obligations be re-set such that j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 would be due by May 6, 2009, and Savetz's Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 would be due by June 19, 2009.

4.      The parties continue to be engaged in settlement discussions.  However, the parties anticipate needing additional time to consummate settlement.  At this time, the parties believe it is likely that they will be able to resolve their disputes within the next 45 days.  For this reason, the parties agree that the Case Management Conference, currently set for May 12, 2009, should be continued, and that the due dates for the Patent Local Rule obligations established by the Court in its March 31, 2009 Order should be re-set, and that doing so would serve the interests of judicial economy and efficiency.

WHEREFORE, based on such agreement, the parties hereby request that the Case Management Conference, currently set for May 12, 2009, be continued for at least 45 days; and, further, the parties hereby request that the Patent Local Rule obligations established by the Court's March 31, 2009 Order be re-set such that j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 are due by June 22, 2009, and Savetz's Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 for both patents at issue in the pleadings are due by August 6, 2009, and that the remainder of the due dates in the Patent Local Rules will be determined based upon the date of service of Savetz's Invalidity Contentions.

IT IS SO STIPULATED.

1

Dated:  April 29, 2009                                    REDENBACHER & BROWN, LLP

2

                                                                              \s\

3
                                                          By: _____

4                                                              JOHN C. BROWN
                                                               Attorneys for Plaintiff/Counterclaim-
                                                               Defendant
5                                                              j2 GLOBAL COMMUNICATIONS, INC.

6

7

Dated:  April 29, 2009                                    OWENS TARABICHI LLP

8

                                                                              \s\

9
                                                          By: _____

10                                                             DAVID OWENS
                                                               Attorneys for Defendant/Counterclaimant
11                                                             SAVETZ PUBLISHING, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RE-SETTING OF
DUE DATES UNDER THE PATENT LOCAL RULES; [PROPOSED] ORDER; C 08-04469 EDL

1

**ORDER**

2          The Court, having considered the Stipulation Requesting Continuance of Case

3  Management Conference and Re-setting of Due Dates Under the Patent Local Rules filed by the

4  parties, and, good cause being shown, finds that the Request shall be GRANTED.

5

6          PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management

7  Conference be continued from May 12, 2009 to ___ June 30, 2009 _ at __10:00am_; and, further, that

8  the Patent Local Rule obligations established by the Court's March 31, 2009 Order be re-set such

9  that j2's disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1

10  and 3-2 are due by June 22, 2009, and Savetz's Invalidity Contentions pursuant to Patent L.R. 3-3

11  and 3-4 for both patents at issue are due August 6, 2009, and that the remainder of the due dates in

12  the Patent Local Rules will be determined based upon the date of service of Savetz's Invalidity

13  Contentions.

14

15

16  Dated:  _ April 30, 2009 _

17



18

19

20

21

22

23

24

25

26

27

28

4